AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bolton, Susan R. | 2. Court or Organization<br><br>U.S. District Court, Arizona | 3. Date of Report<br><br>05/2/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>401 W. Washington St., SPC 50<br>Suite 522<br>Phoenix, AZ 85003 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing Member | Building K LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989 | Arizona Elected Officials Retirement Plan (pension plan from prior employment as a state court judge) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Arizona Elected Officials Retirement Plan | $68,340.48 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolton, Susan R.** | 05/2/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch Single Premium Life | Cash value loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM common stock | D | Dividend | M | T | | | | | |
| 2. Bank of America | A | Interest | M | T | | | | | |
| 3. Merrill Lynch Single Premium Life-Insurance | | None | J | T | | | | | |
| 4. U.S. Savings Bonds | | None | O | T | | | | | |
| 5. Virtus Strategic fkaVirtus Balanced Fund | A | Dividend | K | T | | | | | |
| 6. ML Retirement Plus-Annuity(variable) | | None | M | T | | | | | |
| 7. --AB GLBL THMTC GR PRT | | | K | T | | | | | |
| 8. --Blackrock High Yield | | | K | T | | | | | |
| 9. --BLK Basic Value VI | | | K | T | | | | | |
| 10. --BLK GLobal Alloc VI | | | L | T | | | | | |
| 11. --BLK Value Opport VI | | | J | T | | | | | |
| 12. --Invesco VI Core Eqty | | | L | T | | | | | |
| 13. Transamerica Landmark Annuity (variable) | | None | L | T | | | | | |
| 14. --TA Jennison Growth | | | K | T | | | | | |
| 15. --TA Aegon High Yield Bond | | | J | T | | | | | |
| 16. --Fidelity-VIP Contrafund Portfolio | | | J | T | | | | | |
| 17. --Fidelity-VIP Mid Cap Portfolio | | | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --TA Asset Allocation - Moderate | | | J | T | | | | | |
| 19. --AB Growth and Income Portfolio | | | J | T | | | | | |
| 20. Allianz Franklin-Annuity (variable) | | None | L | T | | | | | |
| 21. --AZL Oppenheimer Discovery Fund | | | | | Sold | 10/28/16 | J | | |
| 22. --AZL Small Cap Index | | | J | T | Buy | 10/28/16 | J | | |
| 23. --AZL MFS Mid Cap Value Fund | | | | | Sold | 10/28/16 | J | | |
| 24. --AZL Mid Cap Index | | | J | T | Buy | 10/28/16 | J | | |
| 25. --Templeton Growth VIP Fund | | | J | T | | | | | |
| 26. --AZL JPM Intl Opportunities | | | | | Sold | 10/21/16 | J | | |
| 27. --AZL International Index | | | J | T | Buy | 10/21/16 | J | | |
| 28. --AZL INV Growth & Income | | | | | Sold | 10/28/16 | J | | |
| 29. --AZL Russell 1000 Index | | | J | T | Buy | 10/28/16 | J | | |
| 30. --AZL T.Rowe Price Capital App | | | J | T | | | | | |
| 31. --BlackRock Global Allocation | | | J | T | | | | | |
| 32. --Franklin Income VIP Fund | | | J | T | | | | | |
| 33. Office condo-1/2 Int-Phx,AZ ('94 60,000-'04 30,000) | | None | M | R | | | | | |
| 34. Fidelity Equity Dividend Income Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Magellan mutual fund | B | Dividend | K | T | | | | | |
| 36. Fidelity Value mutual fund | A | Dividend | K | T | | | | | |
| 37. Fidelity Asset Manager mutual fund | A | Dividend | K | T | | | | | |
| 38. Fidelity Puritan mutual fund | A | Dividend | K | T | | | | | |
| 39. Janus Balanced mutual fund | A | Dividend | K | T | | | | | |
| 40. Vanguard IRA (H) | | | | | | | | | |
| 41. --Total Stock Mrt Index Adm fka Total Stock Mrt Index Fd-see part VIII | A | Int./Div. | | | | 12/22/16 | J | | |
| 42. --Growth Index Fund | A | Int./Div. | J | T | | | | | |
| 43. Illinois DFA zero coupon Muni Bond | | None | L | T | | | | | |
| 44. Arizona Elected Officials Retirement Plan | F | pension | M | T | | | | | |
| 45. Keyport Keyannuity (fixed rate) | | None | M | T | | | | | |
| 46. Keyport Keyannuity (fixed rate) | | None | L | T | | | | | |
| 47. IRA #1 (H) | | | | | | | | | |
| 48. --Total Stock Mrt Index Adm fka Total Stock Mkt Index Fd-see part VIII | | None | J | T | | 12/22/16 | J | | |
| 49. --BMO Harris Bank CD | A | Interest | M | T | Buy | 02/03/16 | M | | |
| 50. --CIT Bank CD | A | Interest | L | T | Buy | 06/06/16 | L | | |
| 51. --Wells Fargo Bank CD | A | Interest | L | T | Buy | 04/12/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Wells Fargo Bank CD | A | Interest | L | T | Buy | 04/20/16 | M | | |
| 53. --Medallion Bank CD | A | Interest | L | T | Buy | 05/04/16 | L | | |
| 54. --Comenity Bank CD | A | Interest | L | T | Buy | 06/06/16 | L | | |
| 55. --Enerbank USA CD | A | Interest | L | T | Buy | 07/18/16 | L | | |
| 56. --Medallion Bank CD | A | Interest | K | T | Buy | 09/21/16 | K | | |
| 57. --Capital One CD | A | Interest | M | T | Buy | 10/17/16 | M | | |
| 58. --Bank of Baroda CD | A | Interest | | | Redeemed | 02/29/16 | M | | |
| 59. --First Niagra Bank CD | A | Interest | | | Redeemed | 05/31/16 | L | | |
| 60. --Hapoalim Bank CD | A | Interest | | | Redeemed | 06/03/16 | M | | |
| 61. --Santander Bank CD | A | Interest | | | Redeemed | 06/22/16 | L | | |
| 62. --Comenity Bank CD | A | Interest | L | T | | | | | |
| 63. --Capital One Bank CD | C | Interest | M | T | | | | | |
| 64. --American Express Centurian CD | C | Interest | M | T | | | | | |
| 65. --Capital One CD | A | Interest | K | T | | | | | |
| 66. --Ally Bank CD | A | Interest | L | T | | | | | |
| 67. --Ally Bank CD | A | Interest | L | T | | | | | |
| 68. --Compass Bank CD | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --GE Capital Bank CD | A | Interest | | | Redeemed | 04/18/16 | M | | |
| 70. --Discover Bank CD | A | Interest | | | Redeemed | 04/22/16 | M | | |
| 71. --Ally Bank CD | A | Interest | | | Redeemed | 05/06/16 | L | | |
| 72. --State Bank India CD | B | Interest | | | Redeemed | 10/17/16 | L | | |
| 73. --Goldman Sachs Bank CD | A | Interest | L | T | | | | | |
| 74. --Verizon Communications | B | Dividend | L | T | | | | | |
| 75. --Discover Bank CD | A | Interest | | | Redeemed | 05/31/16 | L | | |
| 76. --Bank of America NA | A | Interest | J | T | | | | | |
| 77. --Pepsico common stock | B | Dividend | L | T | | | | | |
| 78. --Yum Brands common stock | A | Dividend | K | T | | | | | |
| 79. --Yum China Holdings, Inc | | None | J | T | Spinoff (from line 78) | 11/04/16 | J | | |
| 80. --Oppenheimer Income Trust mutual fund | A | Dividend | J | T | | | | | |
| 81. --Goldman Sachs Bank CD | A | Interest | K | T | | | | | |
| 82. --Sallie Mae Bank CD | B | Interest | L | T | | | | | |
| 83. --Motorola Solutions | A | Dividend | J | T | | | | | |
| 84. --Discover Bank CD | A | Interest | | | Redeemed | 09/21/16 | K | | |
| 85. --Vodafone common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Blackrock Global Mutual Fund | B | Dividend | M | T | | | | | |
| 87. --GE Capital Bank CD | A | Interest | | | Redeemed | 02/29/16 | L | | |
| 88. --GE Capital Bank CD | A | Interest | | | Redeemed | 10/14/16 | K | | |
| 89. --GE Capital Bank CD | A | Interest | | | Redeemed | 10/17/16 | J | | |
| 90. --GE Capital Bank CD | A | Interest | | | Redeemed | 12/29/16 | K | | |
| 91. --Goldman Sachs Bank CD | A | Interest | L | T | | | | | |
| 92. --Wal-Mart common stock | A | Dividend | K | T | | | | | |
| 93. U.S. Savings Bonds | | None | K | T | | | | | |
| 94. U.S. Savings Bonds | | None | K | T | | | | | |
| 95. US Savings Bonds | | None | K | T | | | | | |
| 96. Bank of America Dep Account Preferred | A | Interest | L | T | | | | | |
| 97. IRA #2 (H) | | | | | | | | | |
| 98. --Blackrock GLB | A | Dividend | J | T | Sold (part) | 12/09/16 | J | | |
| 99. --Davis Global | A | Dividend | M | T | | | | | |
| 100. --Direxon Index | A | Dividend | K | T | | | | | |
| 101. --JPMorgan Global | A | Dividend | L | T | | | | | |
| 102. --Morgan Stanley Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. First Trust NASDAQ | A | Dividend | | | Sold | 05/09/16 | K | | |
| 104. IShares Global Tech | A | Dividend | K | T | | | | | |
| 105. Powershares BuyBack Achvrs | A | Dividend | K | T | | | | | |
| 106. Vanguard Value | B | Dividend | K | T | | | | | |
| 107. Vanguard Growth | B | Dividend | K | T | | | | | |
| 108. Vanguard FTSE Allworld | A | Dividend | K | T | | | | | |
| 109. Allianz Annuity (fixed rate) | E | Distribution | L | T | | | | | |
| 110. American General Annuity (fixed rate) | D | Distribution | K | T | | | | | |
| 111. IShares Core S&P Small | A | Dividend | K | T | | | | | |
| 112. IShares 1-3 year | A | Dividend | M | T | | | | | |
| 113. SPDR S&P mid-cap 400 | A | Dividend | K | T | | | | | |
| 114. SPDR S&P 500 | A | Dividend | K | T | | | | | |
| 115. Vanguard FTSE Emerging | B | Dividend | K | T | | | | | |
| 116. Vanguard Dividend - (see part VIII) | A | Dividend | K | T | | | | | |
| 117. Vanguard FTSE Developed | A | Dividend | | | Sold | 05/09/16 | K | | |
| 118. First TR NASQ100 | A | Dividend | K | T | | | | | |
| 119. Guggenheim S&P 500 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IShares Core S&P small | A | Dividend | L | T | | | | | |
| 121. IShares Russell mid-cap | A | Dividend | J | T | | | | | |
| 122. IShares MSCI EAFE | A | Dividend | J | T | | | | | |
| 123. IShares Global Tech | A | Dividend | K | T | | | | | |
| 124. IShares 1-3 year | A | Dividend | L | T | | | | | |
| 125. IShares MSCI Emerging | A | Dividend | J | T | | | | | |
| 126. IShares Russell 2000 | A | Dividend | J | T | | | | | |
| 127. Powershares BuyBack | A | Dividend | K | T | | | | | |
| 128. SPDR S&P mid-cap 400 | A | Dividend | J | T | | | | | |
| 129. SPDR S&P 500 | A | Dividend | K | T | | | | | |
| 130. Vanguard Value | B | Dividend | L | T | | | | | |
| 131. Vanguard Growth | A | Dividend | L | T | | | | | |
| 132. Vanguard FTSE Emerging | A | Dividend | K | T | | | | | |
| 133. Vanguard Dividend | B | Dividend | L | T | | | | | |
| 134. Vanguard FTSE All World | A | Dividend | K | T | | | | | |
| 135. Vanguard FTSE Developed | A | Dividend | J | T | | | | | |
| 136. PowerShares QQQ Trust | A | Dividend | K | T | Buy | 05/04/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  PowerShares S&P 500 | B | Dividend | K | T | Buy | 05/04/16 | K | | |
| 138.  Beal Bank CD | A | Interest | M | T | Buy | 04/27/16 | M | | |
| 139.  Bank of China CD | A | Interest | M | T | Buy | 08/03/16 | M | | |
| 140.  ZB NA CD | A | Interest | M | T | Buy | 11/30/16 | M | | |
| 141.  Ally Bank CD | A | Interest | M | T | Buy | 12/12/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/2/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 116:  This fund was acquired on October 30, 2014 and inadvertently omitted from my prior reports.

Part VII lines 41 & 48: The fund was transfered from Vanguard IRA to IRA #1

Part VII:  I cannot specifically list the amount of income earned during the reporting period for my annutities because none of the annuity companies provided detailed income information to me.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan R. Bolton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544